**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-2361**

---

JOHN PAUL TURNER, a/k/a Pops,

                                        Plaintiff - Appellant,

        versus

COMMONWEALTH OF VIRGINIA,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Samuel G. Wilson, District Judge.   (CA-05-45-SGW)

---

Submitted:  April 3, 2006            Decided:  April 25, 2006

---

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

John Paul Turner, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Paul Turner appeals the district court's orders dismissing this action for want of subject matter jurisdiction and denying the motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny the motion for leave to appeal in forma pauperis and dismiss the appeal. See Exxon Mobil Corp. v. Saudi Basic Indus. Corp., 544 U.S. 280, 125 S. Ct. 1517, 1521-22, 1527 (2005); Davani v. Va. Dep't Transp., 434 F.3d 712, 719 (4th Cir. 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED